**Shawnte Darnell GULLEDGE, Petitioner—Appellant,**

v.

**Stuart J. RYAN, Warden, Respondent—Appellee.**

No. 05–16526.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted April 4, 2006.

Decided April 27, 2006.

Philip M. Brooks, Esq., Berkeley, CA, for Petitioner–Appellant.

Peggy S. Ruffra, Esq., Jeffrey M. Laurence, Esq., Office of the California Attorney General, San Francisco, CA, for Respondent–Appellee.

Before: NOONAN, SILER,* and BYBEE, Circuit Judges.

MEMORANDUM **

 As the district court held, Gulledge's rights were violated by the admis-

---

* The Honorable Eugene E. Siler, Jr., Senior United States Circuit Judge for the Sixth Circuit, sitting by designation.

sion of any portion of the statements made by his two co-defendants. In light of the substantial evidence of lack of consent by the victim and the physical evidence showing that the two co-defendants had acted in concert with Gulledge, the error in admitting their statements has not been shown to have had "a substantial and injurious effect or influence in determining the jury's verdict." *Brecht v. Abrahamson*, 507 U.S. 619, 637, 113 S.Ct. 1710, 123 L.Ed.2d 353 (1993).

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the